| EsupportStationName | EsupportPath | AccessDay | AccessDate | AccessType |
|---|---|---|---|---|
| Minneapolis PD-user 18 | /dvsinfo/dvsnewdl/RecordsDisplay.asp | Sun | 3/9/2003 13:18 | DLNumber |
| Minneapolis PD-user 11 | /dvsinfo/dvsnewdl/CardData.asp | Tue | 6/3/2003 23:07 | DLNumber |
| Dakota Co Sheriff-user 1 | /dvsinfo/dvsnewdl/CardData.asp | Wed | 6/18/2003 18:25 | DLNumber |
| Minneapolis PD-user 79 | /dvsinfo/dvsnewdl/CardData.asp | Mon | 10/20/2003 17:38 | DLNumber |
| Minneapolis PD-user 17 | /dvsinfo/dvsnewdl/CardData.asp | Fri | 10/31/2003 10:02 | DLNumber |
| Gilbert PD | /dvsinfo/dvsnewdl/RecordsDisplay.asp | Sat | 1/31/2004 0:34 | DLNumber |
| Gilbert PD | /dvsinfo/VH20/VH20Select.asp | Sat | 1/31/2004 0:35 | DLNumber |
| Minneapolis PD-user 18 | /dvsinfo/dvsnewdl/CardData.asp | Mon | 2/2/2004 11:08 | DLNumber |
| Minneapolis PD-user 91 | /dvsinfo/dvsnewdl/RecordsDisplay.asp | Mon | 2/9/2004 22:08 | DLNumber |
| Minneapolis PD-user 91 | /dvsinfo/dvsnewdl/CardData.asp | Mon | 2/9/2004 22:10 | DLNumber |
| Minneapolis PD-user 91 | /dvsinfo/dvsnewdl/CardData.asp | Mon | 2/9/2004 22:16 | DLNumber |
| Minneapolis PD-user 128 | /dvsinfo/dvsnewdl/CardData.asp | Thu | 3/18/2004 12:05 | DLNumber |
| Minneapolis PD-user 1 | /dvsinfo/dvsnewdl/CardData.asp | Tue | 4/27/2004 18:21 | DLNumber |
| Minneapolis PD-user 73 | /dvsinfo/dvsnewdl/CardData.asp | Sat | 5/8/2004 23:51 | DLNumber |
| Minneapolis PD-user 73 | /dvsinfo/dvsnewdl/CardData.asp | Sat | 5/8/2004 23:53 | DLNumber |
| Elk River PD | /dvsinfo/dvsnewdl/CardData.asp | Sat | 5/29/2004 16:02 | DLNumber |
| St Paul PD-user 2 | /dvsinfo/dvsnewdl/CardData.asp | Wed | 6/2/2004 10:08 | DLNumber |
| Minneapolis PD-user 113 | /dvsinfo/dvsnewdl/CardData.asp | Sat | 6/12/2004 21:07 | DLNumber |
| Minneapolis PD-user 12 | /dvsinfo/dvsnewdl/CardData.asp | Fri | 7/23/2004 4:26 | DLNumber |
| Minneapolis PD-user 6 | /dvsinfo/dvsnewdl/Demographics.asp | Sat | 8/21/2004 3:03 | DLNumber |
| Minneapolis PD-user 6 | /dvsinfo/dvsnewdl/Demographics.asp | Wed | 8/25/2004 19:16 | DLNumber |
| Minneapolis PD-user 112 | /dvsinfo/dvsnewdl/CardData.asp | Thu | 8/26/2004 18:19 | DLNumber |
| Minneapolis PD-user 112 | /dvsinfo/VH20/VH20Select.asp | Thu | 8/26/2004 18:20 | DLNumber |
| Minneapolis PD-user 112 | /dvsinfo/dvsnewdl/CardData.asp | Fri | 8/27/2004 19:26 | DLNumber |
| Minneapolis PD-user 4 | /dvsinfo/dvsnewdl/CardData.asp | Mon | 8/30/2004 7:35 | DLNumber |

| | | | | |
|---|---|---|---|---|
| Minneapolis PD-user 18 | /dvsinfo/dvsnewdl/Demographics.asp | Fri | 10/8/2004 9:40 | DLNumber |
| Brooklyn Park PD-user 3 | /dvsinfo/dvsnewdl/CardData.asp | Fri | 10/15/2004 1:41 | DLNumber |
| Brooklyn Park PD-user 3 | /dvsinfo/dvsnewdl/Demographics.asp | Fri | 10/15/2004 1:42 | DLNumber |
| Minneapolis PD-user 70 | /dvsinfo/dvsnewdl/Demographics.asp | Sat | 10/16/2004 5:49 | DLNumber |
| Minneapolis PD-user 64 | /dvsinfo/dvsnewdl/Demographics.asp | Tue | 10/19/2004 9:59 | DLNumber |
| Gilbert PD | /dvsinfo/dvsnewdl/Demographics.asp | Wed | 12/22/2004 5:09 | DLNumber |
| Minneapolis PD-user 83 | /dvsinfo/dvsnewdl/CardData.asp | Thu | 12/23/2004 22:27 | DLNumber |
| Minneapolis PD-user 91 | /dvsinfo/dvsnewdl/Demographics.asp | Tue | 12/28/2004 19:19 | DLNumber |
| Brooklyn Park PD-user 3 | /dvsinfo/dvsnewdl/Demographics.asp | Mon | 1/3/2005 3:09 | DLNumber |
| Brooklyn Park PD-user 3 | /dvsinfo/dvsnewdl/Demographics.asp | Mon | 1/3/2005 3:10 | DLNumber |
| Minneapolis PD-user 36 | /dvsinfo/dvsnewdl/CardData.asp | Tue | 2/1/2005 23:41 | DLNumber |
| Minneapolis PD-user 25 | /dvsinfo/dvsnewdl/CardData.asp | Wed | 2/2/2005 11:06 | DLNumber |
| Minneapolis PD-user 25 | /dvsinfo/dvsnewdl/CardData.asp | Wed | 2/2/2005 11:07 | DLNumber |
| St Paul PD-user 3 | /dvsinfo/dvsnewdl/Demographics.asp | Fri | 2/4/2005 3:41 | DLNumber |
| Minneapolis PD-user 1 | /dvsinfo/dvsnewdl/Demographics.asp | Fri | 2/11/2005 9:00 | DLNumber |
| Duluth PD-user 1 | /dvsinfo/dvsnewdl/CardData.asp | Mon | 2/14/2005 15:30 | DLNumber |
| Minneapolis PD-user 29 | /dvsinfo/dvsnewdl/CardData.asp | Sun | 2/20/2005 23:46 | DLNumber |
| Minneapolis PD-user 3 | /dvsinfo/dvsnewdl/Demographics.asp | Mon | 3/28/2005 12:37 | DLNumber |
| Minneapolis PD-user 71 | /dvsinfo/dvsnewdl/Demographics.asp | Tue | 3/29/2005 13:39 | DLNumber |
| Minneapolis PD-user 57 | /dvsinfo/dvsnewdl/CardData.asp | Tue | 4/12/2005 7:45 | DLNumber |
| Minneapolis PD-user 125 | /dvsinfo/dvsnewdl/CardData.asp | Sun | 4/17/2005 0:31 | DLNumber |
| Hennepin Co Sheriff-user 1 | /dvsinfo/dvsnewdl/Demographics.asp | Fri | 5/13/2005 19:21 | DLNumber |
| Hennepin Co Sheriff-user 1 | /dvsinfo/dvsnewdl/CardData.asp | Fri | 5/13/2005 19:22 | DLNumber |
| Minneapolis PD-user 70 | /dvsinfo/dvsnewdl/Demographics.asp | Sat | 5/14/2005 2:47 | DLNumber |
| Minneapolis PD-user 115 | /dvsinfo/dvsnewdl/Demographics.asp | Sun | 5/15/2005 11:13 | DLNumber |
| Minneapolis PD-user 88 | /dvsinfo/dvsnewdl/Demographics.asp | Mon | 5/16/2005 16:31 | DLNumber |
| Bloomington PD-user 1 | /dvsinfo/dvsnewdl/CardData.asp | Mon | 5/16/2005 19:56 | DLNumber |
| Bloomington PD-user 3 | /dvsinfo/dvsnewdl/Demographics.asp | Mon | 5/16/2005 20:14 | DLNumber |
| Bloomington PD-user 3 | /dvsinfo/dvsnewdl/Demographics.asp | Mon | 5/16/2005 20:15 | DLNumber |
| Minneapolis PD-user 117 | /dvsinfo/dvsnewdl/CardData.asp | Tue | 5/17/2005 7:51 | DLNumber |

| | | | | |
|---|---|---|---|---|
| Minneapolis PD-user 99 | /dvsinfo/dvsnewdl/CardData.asp | Thu | 5/19/2005 14:10 | DLNumber |
| Minneapolis PD-user 110 | /dvsinfo/dvsnewdl/Demographics.asp | Fri | 5/20/2005 8:37 | DLNumber |
| Minneapolis PD-user 83 | /dvsinfo/dvsnewdl/CardData.asp | Fri | 5/20/2005 17:22 | DLNumber |
| Minneapolis PD-user 126 | /dvsinfo/dvsnewdl/Demographics.asp | Sat | 5/21/2005 12:22 | DLNumber |
| Minneapolis PD-user 86 | /dvsinfo/dvsnewdl/CardData.asp | Sat | 5/21/2005 18:08 | DLNumber |
| St Louis Co Sheriff-user 4 | /dvsinfo/dvsnewdl/Demographics.asp | Sun | 5/22/2005 16:24 | DLNumber |
| St Louis Co Sheriff-user 4 | /dvsinfo/dvsnewdl/CardData.asp | Sun | 5/22/2005 16:26 | DLNumber |
| Hennepin Courts-user 1 | /dvsinfo/dvsnewdl/Demographics.asp | Mon | 5/23/2005 11:43 | DLNumber |
| Hennepin Courts-user 4 | /dvsinfo/dvsnewdl/Demographics.asp | Mon | 5/23/2005 12:31 | DLNumber |
| Minneapolis PD-user 44 | /dvsinfo/dvsnewdl/CardData.asp | Mon | 5/23/2005 15:32 | DLNumber |
| Minneapolis PD-user 89 | /dvsinfo/dvsnewdl/Demographics.asp | Mon | 5/23/2005 21:04 | DLNumber |
| Minneapolis PD-user 20 | /dvsinfo/dvsnewdl/CardData.asp | Mon | 5/23/2005 21:36 | DLNumber |
| Minneapolis PD-user 132 | /dvsinfo/dvsnewdl/CardData.asp | Tue | 5/24/2005 2:03 | DLNumber |
| Minneapolis PD-user 64 | /dvsinfo/dvsnewdl/Demographics.asp | Tue | 5/24/2005 7:18 | DLNumber |
| Minneapolis PD-user 64 | /dvsinfo/dvsnewdl/Demographics.asp | Tue | 5/24/2005 7:19 | DLNumber |
| Minneapolis PD-user 130 | /dvsinfo/dvsnewdl/Demographics.asp | Tue | 5/24/2005 7:56 | DLNumber |
| Minneapolis PD-user 76 | /dvsinfo/dvsnewdl/CardData.asp | Tue | 5/24/2005 8:29 | DLNumber |
| Minneapolis PD-user 28 | /dvsinfo/dvsnewdl/Demographics.asp | Tue | 5/24/2005 8:34 | DLNumber |
| Minneapolis PD-user 28 | /dvsinfo/dvsnewdl/Demographics.asp | Tue | 5/24/2005 8:35 | DLNumber |
| Minneapolis PD-user 58 | /dvsinfo/dvsnewdl/CardData.asp | Tue | 5/24/2005 8:41 | DLNumber |
| Minneapolis PD-user 43 | /dvsinfo/dvsnewdl/Demographics.asp | Tue | 5/24/2005 11:46 | DLNumber |
| Minneapolis PD-user 102 | /dvsinfo/dvsnewdl/CardData.asp | Tue | 5/24/2005 12:01 | DLNumber |
| Minneapolis PD-user 102 | /dvsinfo/dvsnewdl/CardData.asp | Tue | 5/24/2005 12:02 | DLNumber |
| Minneapolis PD-user 102 | /dvsinfo/dvsnewdl/CardData.asp | Tue | 5/24/2005 13:16 | DLNumber |
| Minneapolis PD-user 38 | /dvsinfo/dvsnewdl/CardData.asp | Tue | 5/24/2005 13:24 | DLNumber |
| Minneapolis PD-user 9 | /dvsinfo/dvsnewdl/CardData.asp | Tue | 5/24/2005 14:35 | DLNumber |
| Minneapolis PD-user 54 | /dvsinfo/dvsnewdl/Demographics.asp | Tue | 5/24/2005 15:49 | DLNumber |
| Lakes Area PD | /dvsinfo/dvsnewdl/Demographics.asp | Tue | 5/24/2005 17:10 | DLNumber |
| Minneapolis PD-user 34 | /dvsinfo/dvsnewdl/CardData.asp | Tue | 5/24/2005 19:43 | DLNumber |
| St Paul PD-user 4 | /dvsinfo/dvsnewdl/CardData.asp | Wed | 5/25/2005 1:00 | DLNumber |

| | | | | |
|---|---|---|---|---|
| St Paul PD-user 1 | /dvsinfo/dvsnewdl/CardData.asp | Wed | 5/25/2005 3:35 | DLNumber |
| St Paul PD-user 1 | /dvsinfo/dvsnewdl/Demographics.asp | Wed | 5/25/2005 3:36 | DLNumber |
| Minneapolis PD-user 118 | /dvsinfo/dvsnewdl/Demographics.asp | Wed | 5/25/2005 6:53 | DLNumber |
| Minneapolis PD-user 42 | /dvsinfo/dvsnewdl/CardData.asp | Wed | 5/25/2005 8:28 | DLNumber |
| New Hope PD | /dvsinfo/dvsnewdl/Demographics.asp | Wed | 5/25/2005 9:45 | DLNumber |
| New Hope PD | /dvsinfo/dvsnewdl/CardData.asp | Wed | 5/25/2005 9:47 | DLNumber |
| Minneapolis PD-user 18 | /dvsinfo/dvsnewdl/Demographics.asp | Wed | 5/25/2005 12:54 | DLNumber |
| Minneapolis PD-user 18 | /dvsinfo/dvsnewdl/Demographics.asp | Wed | 5/25/2005 12:55 | DLNumber |
| Lakeville PD | /dvsinfo/dvsnewdl/CardData.asp | Wed | 5/25/2005 17:44 | DLNumber |
| Minneapolis PD-user 122 | /dvsinfo/dvsnewdl/CardData.asp | Wed | 5/25/2005 22:20 | DLNumber |
| Minneapolis PD-user 50 | /dvsinfo/dvsnewdl/CardData.asp | Wed | 5/25/2005 22:42 | DLNumber |
| Minneapolis PD-user 91 | /dvsinfo/dvsnewdl/Demographics.asp | Thu | 5/26/2005 7:09 | DLNumber |
| Minneapolis PD-user 91 | /dvsinfo/dvsnewdl/CardData.asp | Thu | 5/26/2005 7:10 | DLNumber |
| Minneapolis PD-user 91 | /dvsinfo/dvsnewdl/Demographics.asp | Thu | 5/26/2005 7:10 | DLNumber |
| Minneapolis PD-user 37 | /dvsinfo/dvsnewdl/Demographics.asp | Thu | 5/26/2005 7:57 | DLNumber |
| Minneapolis PD-user 30 | /dvsinfo/dvsnewdl/CardData.asp | Thu | 5/26/2005 17:04 | DLNumber |
| Minneapolis PD-user 67 | /dvsinfo/dvsnewdl/CardData.asp | Thu | 5/26/2005 22:44 | DLNumber |
| Minneapolis PD-user 67 | /dvsinfo/dvsnewdl/CardData.asp | Fri | 5/27/2005 3:34 | DLNumber |
| Minneapolis PD-user 67 | /dvsinfo/dvsnewdl/Demographics.asp | Fri | 5/27/2005 3:34 | DLNumber |
| Minneapolis PD-user 77 | /dvsinfo/dvsnewdl/CardData.asp | Fri | 5/27/2005 13:56 | DLNumber |
| Minneapolis PD-user 65 | /dvsinfo/dvsnewdl/Demographics.asp | Fri | 5/27/2005 17:52 | DLNumber |
| Minneapolis PD-user 123 | /dvsinfo/dvsnewdl/CardData.asp | Fri | 5/27/2005 17:57 | DLNumber |
| Minneapolis PD-user 69 | /dvsinfo/dvsnewdl/CardData.asp | Fri | 5/27/2005 20:41 | DLNumber |
| Minneapolis PD-user 52 | /dvsinfo/dvsnewdl/CardData.asp | Tue | 5/31/2005 11:28 | DLNumber |
| Minneapolis PD-user 52 | /dvsinfo/dvsnewdl/CardData.asp | Tue | 5/31/2005 11:29 | DLNumber |
| Minneapolis PD-user 17 | /dvsinfo/dvsnewdl/CardData.asp | Wed | 6/1/2005 16:53 | DLNumber |
| Minneapolis PD-user 95 | /dvsinfo/dvsnewdl/CardData.asp | Fri | 6/3/2005 21:21 | DLNumber |
| Minneapolis PD-user 59 | /dvsinfo/dvsnewdl/CardData.asp | Sat | 6/4/2005 0:40 | DLNumber |
| St Louis Co Sheriff-user 3 | /dvsinfo/dvsnewdl/CardData.asp | Sun | 6/5/2005 14:14 | DLNumber |
| Minneapolis PD-user 45 | /dvsinfo/dvsnewdl/CardData.asp | Thu | 6/9/2005 9:31 | DLNumber |

| | | | | |
|---|---|---|---|---|
| Minneapolis PD-user 82 | /dvsinfo/dvsnewdl/Demographics.asp | Mon | 6/20/2005 16:49 | DLNumber |
| Rosemount PD | /dvsinfo/dvsnewdl/Demographics.asp | Mon | 6/27/2005 14:09 | DLNumber |
| Hennepin Co Community Corrections-1 | /dvsinfo/dvsnewdl/CardData.asp | Mon | 7/11/2005 11:16 | DLNumber |
| Hennepin Co Sheriff-user 3 | /dvsinfo/dvsnewdl/Demographics.asp | Mon | 7/18/2005 14:56 | DLNumber |
| Hennepin Co Sheriff-user 3 | /dvsinfo/dvsnewdl/Demographics.asp | Mon | 7/18/2005 14:57 | DLNumber |
| Minneapolis PD-user 90 | /dvsinfo/dvsnewdl/CardData.asp | Fri | 7/22/2005 0:57 | DLNumber |
| St Paul PD-user 2 | /dvsinfo/dvsnewdl/CardData.asp | Sat | 7/23/2005 21:15 | DLNumber |
| Minneapolis PD-user 47 | /dvsinfo/dvsnewdl/CardData.asp | Thu | 9/1/2005 19:05 | DLNumber |
| Minneapolis PD-user 69 | /dvsinfo/dvsnewdl/CardData.asp | Mon | 9/19/2005 1:54 | DLNumber |
| Minneapolis PD-user 69 | /dvsinfo/dvsnewdl/CardData.asp | Mon | 9/19/2005 1:55 | DLNumber |
| St Louis Co Sheriff-user 4 | /dvsinfo/dvsnewdl/Demographics.asp | Mon | 9/19/2005 4:57 | DLNumber |
| St Louis Co Sheriff-user 4 | /dvsinfo/dvsnewdl/CardData.asp | Mon | 9/19/2005 4:59 | DLNumber |
| St Louis Co Sheriff-user 4 | /dvsinfo/dvsnewdl/Demographics.asp | Mon | 9/19/2005 4:59 | DLNumber |
| Minneapolis PD-user 1 | /dvsinfo/dvsnewdl/Demographics.asp | Tue | 10/4/2005 13:15 | DLNumber |
| Bloomington PD-user 1 | /dvsinfo/dvsnewdl/Demographics.asp | Sat | 10/15/2005 18:16 | DLNumber |
| Minneapolis PD-user 88 | /dvsinfo/dvsnewdl/CardData.asp | Wed | 11/9/2005 13:12 | DLNumber |
| Minneapolis PD-user 101 | /dvsinfo/dvsnewdl/Demographics.asp | Mon | 11/14/2005 20:33 | DLNumber |
| Minneapolis PD-user 101 | /dvsinfo/dvsnewdl/Demographics.asp | Mon | 11/14/2005 20:34 | DLNumber |
| St Louis Co Sheriff-user 4 | /dvsinfo/dvsnewdl/Demographics.asp | Mon | 11/21/2005 11:53 | DLNumber |
| Minneapolis PD-user 122 | /dvsinfo/dvsnewdl/Demographics.asp | Mon | 11/28/2005 11:20 | DLNumber |
| Minneapolis PD-user 103 | /dvsinfo/dvsnewdl/Demographics.asp | Fri | 12/9/2005 15:06 | DLNumber |
| Minneapolis PD-user 127 | /dvsinfo/dvsnewdl/CardData.asp | Wed | 12/14/2005 14:20 | DLNumber |
| Hennepin Co Community Corrections-2 | /dvsinfo/dvsnewdl/CardData.asp | Mon | 1/16/2006 7:02 | DLNumber |
| Biwabik PD-user 1 | /dvsinfo/dvsnewdl/Demographics.asp | Mon | 1/16/2006 15:20 | DLNumber |
| Minneapolis PD-user 53 | /dvsinfo/dvsnewdl/Demographics.asp | Thu | 1/26/2006 17:11 | DLNumber |
| Minneapolis PD-user 112 | /dvsinfo/dvsnewdl/CardData.asp | Tue | 2/7/2006 23:46 | DLNumber |
| Minneapolis PD-user 112 | /dvsinfo/dvsnewdl/CardData.asp | Wed | 2/8/2006 0:12 | DLNumber |
| Minneapolis PD-user 64 | /dvsinfo/dvsnewdl/Demographics.asp | Fri | 2/10/2006 11:15 | DLNumber |
| Minneapolis PD-user 64 | /dvsinfo/dvsnewdl/Demographics.asp | Fri | 2/10/2006 11:16 | DLNumber |
| Minneapolis PD-user 56 | /dvsinfo/dvsnewdl/CardData.asp | Fri | 2/17/2006 14:42 | DLNumber |

| Minneapolis PD-user 7 | /dvsinfo/dvsnewdl/CardData.asp | Fri | 2/17/2006 14:42 | DLNumber |
|---|---|---|---|---|
| Minneapolis PD-user 24 | /dvsinfo/dvsnewdl/CardData.asp | Fri | 2/17/2006 15:12 | DLNumber |
| Minneapolis PD-user 91 | /dvsinfo/dvsnewdl/Demographics.asp | Fri | 2/17/2006 15:43 | DLNumber |
| Minneapolis PD-user 91 | /dvsinfo/dvsnewdl/CardData.asp | Fri | 2/17/2006 15:44 | DLNumber |
| Minneapolis PD-user 85 | /dvsinfo/dvsnewdl/CardData.asp | Fri | 2/17/2006 15:45 | DLNumber |
| Minneapolis PD-user 135 | /dvsinfo/dvsnewdl/Demographics.asp | Fri | 2/17/2006 16:50 | DLNumber |
| Minneapolis PD-user 74 | /dvsinfo/dvsnewdl/CardData.asp | Fri | 2/17/2006 17:07 | DLNumber |
| Minneapolis Pd-user 129 | /dvsinfo/dvsnewdl/CardData.asp | Fri | 2/17/2006 19:39 | DLNumber |
| Minneapolis PD-user 119 | /dvsinfo/dvsnewdl/CardData.asp | Fri | 2/17/2006 20:16 | DLNumber |
| Minneapolis PD-user 8 | /dvsinfo/dvsnewdl/CardData.asp | Sat | 2/18/2006 8:27 | DLNumber |
| Minneapolis PD-user 48 | /dvsinfo/dvsnewdl/CardData.asp | Sat | 2/18/2006 10:53 | DLNumber |
| Minneapolis PD-user105 | /dvsinfo/dvsnewdl/CardData.asp | Sat | 2/18/2006 12:26 | DLNumber |
| Minneapolis PD-user 136 | /dvsinfo/dvsnewdl/Demographics.asp | Sat | 2/18/2006 15:56 | DLNumber |
| Minneapolis PD-user 8 | /dvsinfo/dvsnewdl/CardData.asp | Sat | 2/18/2006 16:10 | DLNumber |
| Minneapolis PD-user 8 | /dvsinfo/dvsnewdl/CardData.asp | Sat | 2/18/2006 16:11 | DLNumber |
| Minneapolis PD-user 60 | /dvsinfo/dvsnewdl/CardData.asp | Sun | 2/19/2006 1:16 | DLNumber |
| Minneapolis PD-user 35 | /dvsinfo/dvsnewdl/CardData.asp | Sun | 2/19/2006 4:43 | DLNumber |
| Minneapolis PD-user 35 | /dvsinfo/dvsnewdl/CardData.asp | Sun | 2/19/2006 4:49 | DLNumber |
| Minneapolis PD-user 97 | /dvsinfo/dvsnewdl/Demographics.asp | Mon | 2/20/2006 7:18 | DLNumber |
| Minneapolis PD-user 97 | /dvsinfo/dvsnewdl/Demographics.asp | Mon | 2/20/2006 7:39 | DLNumber |
| Minneapolis PD-user 80 | /dvsinfo/dvsnewdl/CardData.asp | Mon | 2/20/2006 23:42 | DLNumber |
| Minneapolis PD-user 52 | /dvsinfo/dvsnewdl/CardData.asp | Tue | 2/21/2006 7:04 | DLNumber |
| Minneapolis PD-user 7 | /dvsinfo/dvsnewdl/Demographics.asp | Tue | 2/21/2006 7:45 | DLNumber |
| Minneapolis PD-user 22 | /dvsinfo/dvsnewdl/CardData.asp | Tue | 2/21/2006 9:01 | DLNumber |
| Minneapolis PD-user 96 | /dvsinfo/dvsnewdl/CardData.asp | Tue | 2/21/2006 16:12 | DLNumber |
| Minneapolis PD-user 121 | /dvsinfo/dvsnewdl/CardData.asp | Tue | 2/21/2006 16:22 | DLNumber |
| Minneapolis PD-user 100 | /dvsinfo/dvsnewdl/Demographics.asp | Thu | 2/23/2006 20:45 | DLNumber |
| Minneapolis PD-user 116 | /dvsinfo/dvsnewdl/CardData.asp | Mon | 2/27/2006 0:48 | DLNumber |
| Hennepin Co Sheriff-user 2 | /dvsinfo/dvsnewdl/Demographics.asp | Wed | 3/1/2006 7:07 | DLNumber |
| Minneapolis PD-user 81 | /dvsinfo/dvsnewdl/Demographics.asp | Wed | 3/1/2006 7:08 | DLNumber |

| Minneapolis PD-user 19 | /dvsinfo/dvsnewdl/CardData.asp | Wed | 3/1/2006 7:18 | DLNumber |
|---|---|---|---|---|
| Mpls Park PD | /dvsinfo/dvsnewdl/Demographics.asp | Wed | 3/1/2006 7:34 | DLNumber |
| Social Security Administration | /dvsinfo/dvsnewdl/Demographics.asp | Wed | 3/1/2006 7:39 | DLNumber |
| Hennepin Co Sheriff-user 4 | /dvsinfo/dvsnewdl/Demographics.asp | Wed | 3/1/2006 7:41 | DLNumber |
| WELLS Deputy Registrar | /dvsinfo/dvsnewdl/Demographics.asp | Wed | 3/1/2006 7:55 | DLNumber |
| Sherburne Co Sheriff | /dvsinfo/dvsnewdl/Demographics.asp | Wed | 3/1/2006 8:19 | DLNumber |
| Dakota Co Sheriff-user 2 | /dvsinfo/dvsnewdl/CardData.asp | Wed | 3/1/2006 8:30 | DLNumber |
| Cambridge PD | /dvsinfo/dvsnewdl/Demographics.asp | Wed | 3/1/2006 8:33 | DLNumber |
| Minneapolis PD-user 14 | /dvsinfo/dvsnewdl/CardData.asp | Wed | 3/1/2006 8:35 | DLNumber |
| Minneapolis PD-user 49 | /dvsinfo/dvsnewdl/CardData.asp | Wed | 3/1/2006 8:35 | DLNumber |
| Minneapolis PD-user 14 | /dvsinfo/dvsnewdl/CardData.asp | Wed | 3/1/2006 8:38 | DLNumber |
| District Courts | /dvsinfo/dvsnewdl/CardData.asp | Wed | 3/1/2006 8:42 | DLNumber |
| Golden Valley PD | /dvsinfo/dvsnewdl/Demographics.asp | Wed | 3/1/2006 8:47 | DLNumber |
| Golden Valley PD | /dvsinfo/dvsnewdl/Demographics.asp | Wed | 3/1/2006 8:48 | DLNumber |
| Hennepin Co Community Corrections-3 | /dvsinfo/dvsnewdl/Demographics.asp | Wed | 3/1/2006 8:49 | DLNumber |
| Moorhead PD | /dvsinfo/dvsnewdl/Demographics.asp | Wed | 3/1/2006 9:03 | DLNumber |
| Hancock PD | /dvsinfo/dvsnewdl/Demographics.asp | Wed | 3/1/2006 9:46 | DLNumber |
| Hancock PD | /dvsinfo/dvsnewdl/Demographics.asp | Wed | 3/1/2006 9:47 | DLNumber |
| Dakota Co Community Corrections-1 | /dvsinfo/dvsnewdl/Demographics.asp | Wed | 3/1/2006 10:18 | DLNumber |
| St Louis Co Sheriff-user 2 | /dvsinfo/dvsnewdl/Demographics.asp | Wed | 3/1/2006 10:22 | DLNumber |
| Lake City PD | /dvsinfo/dvsnewdl/CardData.asp | Wed | 3/1/2006 11:33 | DLNumber |
| Lake City PD | /dvsinfo/dvsnewdl/CardData.asp | Wed | 3/1/2006 11:34 | DLNumber |
| Anoka Co Sheriff-user 1 | /dvsinfo/dvsnewdl/CardData.asp | Wed | 3/1/2006 11:44 | DLNumber |
| Anoka Co Sheriff-user 2 | /dvsinfo/dvsnewdl/CardData.asp | Wed | 3/1/2006 11:58 | DLNumber |
| Apple Valley PD | /dvsinfo/dvsnewdl/Demographics.asp | Wed | 3/1/2006 12:12 | DLNumber |
| Dakota Co Community Corrections-2 | /dvsinfo/dvsnewdl/CardData.asp | Wed | 3/1/2006 12:17 | DLNumber |
| Minneapolis PD-user 87 | /dvsinfo/dvsnewdl/Demographics.asp | Wed | 3/1/2006 12:23 | DLNumber |
| Minneapolis PD-user 98 | /dvsinfo/dvsnewdl/Demographics.asp | Wed | 3/1/2006 12:31 | DLNumber |
| Minneapolis PD-user 64 | /dvsinfo/dvsnewdl/Demographics.asp | Wed | 3/1/2006 12:40 | DLNumber |
| Minneapolis PD-user 64 | /dvsinfo/dvsnewdl/Demographics.asp | Wed | 3/1/2006 12:42 | DLNumber |

| | | | | |
|---|---|---|---|---|
| State Patrol | /dvsinfo/dvsnewdl/Demographics.asp | Wed | 3/1/2006 13:15 | DLNumber |
| New Ulm PD | /dvsinfo/dvsnewdl/Demographics.asp | Wed | 3/1/2006 13:36 | DLNumber |
| New Ulm PD | /dvsinfo/dvsnewdl/Demographics.asp | Wed | 3/1/2006 13:37 | DLNumber |
| Bloomington PD-user 2 | /dvsinfo/dvsnewdl/Demographics.asp | Wed | 3/1/2006 14:08 | DLNumber |
| Big Lake PD | /dvsinfo/dvsnewdl/Demographics.asp | Wed | 3/1/2006 14:44 | DLNumber |
| Minneapolis PD-user 75 | /dvsinfo/dvsnewdl/CardData.asp | Wed | 3/1/2006 15:13 | DLNumber |
| Minneapolis PD-user 120 | /dvsinfo/dvsnewdl/CardData.asp | Wed | 3/1/2006 16:28 | DLNumber |
| Brooklyn Park PD-user 1 | /dvsinfo/dvsnewdl/CardData.asp | Wed | 3/1/2006 17:23 | DLNumber |
| Brooklyn Park PD-user 1 | /dvsinfo/dvsnewdl/Demographics.asp | Wed | 3/1/2006 17:33 | DLNumber |
| Gilbert PD | /dvsinfo/dvsnewdl/Demographics.asp | Wed | 3/1/2006 19:35 | DLNumber |
| Hennepin Co Sheriff-user 5 | /dvsinfo/dvsnewdl/CardData.asp | Thu | 3/2/2006 3:07 | DLNumber |
| Brooklyn Center PD | /dvsinfo/dvsnewdl/Demographics.asp | Thu | 3/2/2006 7:00 | DLNumber |
| Minneapolis PD-user 3 | /dvsinfo/dvsnewdl/Demographics.asp | Thu | 3/2/2006 8:18 | DLNumber |
| Redwood Falls PD | /dvsinfo/dvsnewdl/CardData.asp | Thu | 3/2/2006 12:57 | DLNumber |
| Minneapolis PD-user 32 | /dvsinfo/dvsnewdl/CardData.asp | Thu | 3/2/2006 14:07 | DLNumber |
| Minneapolis PD-user 32 | /dvsinfo/dvsnewdl/CardData.asp | Thu | 3/2/2006 14:08 | DLNumber |
| US Fish & Wildlife Service | /dvsinfo/dvsnewdl/CardData.asp | Thu | 3/2/2006 21:21 | DLNumber |
| Duluth PD-user 2 | /dvsinfo/dvsnewdl/CardData.asp | Thu | 3/2/2006 21:33 | DLNumber |
| Minneapolis PD-user 2 | /dvsinfo/dvsnewdl/Demographics.asp | Fri | 3/3/2006 13:38 | DLNumber |
| Minneapolis PD-user 2 | /dvsinfo/dvsnewdl/Demographics.asp | Fri | 3/3/2006 13:41 | DLNumber |
| Minneapolis PD-user 88 | /dvsinfo/dvsnewdl/CardData.asp | Mon | 3/6/2006 18:52 | DLNumber |
| Biwabik PD-user 1 | /dvsinfo/dvsnewdl/Demographics.asp | Tue | 3/7/2006 19:00 | DLNumber |
| Minneapolis PD-user 68 | /dvsinfo/dvsnewdl/Demographics.asp | Wed | 3/8/2006 17:03 | DLNumber |
| Minneapolis PD-user 10 | /dvsinfo/dvsnewdl/CardData.asp | Thu | 3/9/2006 2:15 | DLNumber |
| Minneapolis PD-user 131 | /dvsinfo/dvsnewdl/CardData.asp | Tue | 3/21/2006 5:49 | DLNumber |
| Minneapolis PD-user 83 | /dvsinfo/dvsnewdl/CardData.asp | Fri | 3/24/2006 1:02 | DLNumber |
| Minneapolis PD-user 55 | /dvsinfo/dvsnewdl/CardData.asp | Wed | 3/29/2006 4:26 | DLNumber |
| Minneapolis PD-user 88 | /dvsinfo/dvsnewdl/CardData.asp | Tue | 4/11/2006 21:15 | DLNumber |
| Minneapolis PD-user 88 | /dvsinfo/dvsnewdl/Demographics.asp | Tue | 4/25/2006 21:21 | DLNumber |
| Minneapolis PD-user 68 | /dvsinfo/dvsnewdl/Demographics.asp | Wed | 4/26/2006 16:51 | DLNumber |

| Minneapolis PD-user 26 | /dvsinfo/dvsnewdl/CardData.asp | Sun | 4/30/2006 0:45 | DLNumber |
|---|---|---|---|---|
| Minneapolis PD-user 85 | /dvsinfo/dvsnewdl/CardData.asp | Sat | 5/13/2006 18:48 | DLNumber |
| Minneapolis PD-user 68 | /dvsinfo/dvsnewdl/Demographics.asp | Mon | 5/22/2006 13:22 | DLNumber |
| Minneapolis PD-user 88 | /dvsinfo/dvsnewdl/CardData.asp | Mon | 5/22/2006 16:05 | DLNumber |
| Farmington PD-user 3 | /dvsinfo/dvsnewdl/CardData.asp | Mon | 5/29/2006 15:42 | DLNumber |
| Minneapolis PD-user 88 | /dvsinfo/dvsnewdl/CardData.asp | Tue | 5/30/2006 20:05 | DLNumber |
| Minneapolis PD-user 88 | /dvsinfo/dvsnewdl/Demographics.asp | Tue | 5/30/2006 20:07 | DLNumber |
| Minneapolis PD-user 27 | /dvsinfo/dvsnewdl/CardData.asp | Mon | 6/5/2006 15:32 | DLNumber |
| Minneapolis PD-user 27 | /dvsinfo/VH20/VH20Select.asp | Mon | 6/5/2006 15:32 | DLNumber |
| Minneapolis PD-user 27 | /dvsinfo/dvsnewdl/CardData.asp | Mon | 6/5/2006 15:34 | DLNumber |
| Minneapolis PD-user 105 | /dvsinfo/dvsnewdl/CardData.asp | Tue | 6/6/2006 12:05 | DLNumber |
| Minneapolis PD-user 88 | /dvsinfo/dvsnewdl/CardData.asp | Tue | 6/6/2006 19:54 | DLNumber |
| Minneapolis PD-user 88 | /dvsinfo/dvsnewdl/CardData.asp | Fri | 6/9/2006 22:14 | DLNumber |
| Minneapolis PD-user 88 | /dvsinfo/dvsnewdl/CardData.asp | Tue | 6/20/2006 17:58 | DLNumber |
| Hennepin Co Community Corrections-2 | /dvsinfo/dvsnewdl/CardData.asp | Fri | 6/23/2006 9:15 | DLNumber |
| Minneapolis PD-user 88 | /dvsinfo/dvsnewdl/CardData.asp | Fri | 6/23/2006 19:33 | DLNumber |
| Minneapolis PD-user 68 | /dvsinfo/dvsnewdl/Demographics.asp | Thu | 6/29/2006 14:45 | DLNumber |
| Biwabik PD-user 2 | /dvsinfo/dvsnewdl/Demographics.asp | Thu | 7/6/2006 13:41 | DLNumber |
| Minneapolis PD-user 88 | /dvsinfo/dvsnewdl/CardData.asp | Thu | 7/6/2006 18:11 | DLNumber |
| Biwabik PD-user 1 | /dvsinfo/dvsnewdl/Demographics.asp | Mon | 7/10/2006 23:18 | DLNumber |
| Minneapolis PD-user 78 | /dvsinfo/dvsnewdl/Demographics.asp | Sun | 7/16/2006 20:23 | DLNumber |
| Minneapolis PD-user 88 | /dvsinfo/dvsnewdl/CardData.asp | Mon | 7/24/2006 16:31 | DLNumber |
| Minneapolis PD-user 88 | /dvsinfo/dvsnewdl/Demographics.asp | Mon | 7/24/2006 16:32 | DLNumber |
| Eagan PD | /dvsinfo/dvsnewdl/Demographics.asp | Fri | 8/4/2006 17:14 | DLNumber |
| Minneapolis PD-user 88 | /dvsinfo/dvsnewdl/Demographics.asp | Fri | 8/11/2006 21:16 | DLNumber |
| Farmington PD-user 1 | /dvsinfo/dvsnewdl/Demographics.asp | Thu | 8/24/2006 22:55 | DLNumber |
| Farmington PD-user 2 | /dvsinfo/dvsnewdl/Demographics.asp | Tue | 8/29/2006 21:54 | DLNumber |
| Deephaven PD-user 1 | /dvsinfo/dvsnewdl/Demographics.asp | Sat | 9/2/2006 9:48 | DLNumber |
| Deephaven PD-user 2 | /dvsinfo/dvsnewdl/Demographics.asp | Sun | 9/3/2006 12:57 | DLNumber |
| Deephaven PD-user 2 | /dvsinfo/dvsnewdl/Demographics.asp | Sun | 9/3/2006 12:58 | DLNumber |

| | | | | |
|---|---|---|---|---|
| Minneapolis PD-user 64 | /dvsinfo/dvsnewdl/Demographics.asp | Fri | 9/22/2006 14:20 | DLNumber |
| Virginia PD | /dvsinfo/dvsnewdl/Demographics.asp | Sat | 9/30/2006 19:54 | DLNumber |
| Minneapolis PD-user 104 | /dvsinfo/dvsnewdl/CardData.asp | Thu | 10/5/2006 15:06 | DLNumber |
| Minneapolis PD-user 88 | /dvsinfo/dvsnewdl/CardData.asp | Thu | 10/12/2006 15:50 | DLNumber |
| Brooklyn Park PD-user 2 | /dvsinfo/dvsnewdl/Demographics.asp | Tue | 10/17/2006 13:38 | DLNumber |
| Verifications Inc | /dvsinfo/dvsnewdl/Demographics.asp | Fri | 11/3/2006 16:30 | DLNumber |
| Minneapolis PD-user 51 | /dvsinfo/dvsnewdl/CardData.asp | Mon | 11/6/2006 13:48 | DLNumber |
| Minneapolis PD-user 88 | /dvsinfo/dvsnewdl/Demographics.asp | Tue | 11/7/2006 18:14 | DLNumber |
| Minneapolis PD-user 68 | /dvsinfo/dvsnewdl/Demographics.asp | Wed | 11/15/2006 16:44 | DLNumber |
| Minneapolis PD-user 101 | /dvsinfo/dvsnewdl/Demographics.asp | Thu | 11/23/2006 9:17 | DLNumber |
| Minneapolis PD-user 101 | /dvsinfo/dvsnewdl/Demographics.asp | Thu | 11/23/2006 9:20 | DLNumber |
| Minneapolis PD-user 64 | /dvsinfo/dvsnewdl/Demographics.asp | Thu | 1/18/2007 10:04 | DLNumber |
| Minneapolis PD-user 64 | /dvsinfo/dvsnewdl/Demographics.asp | Thu | 1/18/2007 10:05 | DLNumber |
| Minneapolis Pd-user 129 | /dvsinfo/dvsnewdl/Demographics.asp | Fri | 1/26/2007 21:39 | DLNumber |
| Minneapolis PD-user 51 | /dvsinfo/dvsnewdl/CardData.asp | Fri | 2/9/2007 12:12 | DLNumber |
| Hennepin Co Community Corrections-2 | /dvsinfo/dvsnewdl/CardData.asp | Sun | 2/18/2007 18:04 | DLNumber |
| Minneapolis PD-user 33 | /dvsinfo/dvsnewdl/CardData.asp | Mon | 2/26/2007 1:12 | DLNumber |
| Minneapolis PD-user 33 | /dvsinfo/dvsnewdl/CardData.asp | Mon | 2/26/2007 1:15 | DLNumber |
| Minneapolis PD-user 51 | /dvsinfo/dvsnewdl/CardData.asp | Mon | 4/16/2007 9:47 | DLNumber |
| Minneapolis PD-user 66 | /dvsinfo/dvsnewdl/CardData.asp | Sun | 4/22/2007 19:48 | DLNumber |
| Minneapolis PD-user 13 | /dvsinfo/dvsnewdl/CardData.asp | Fri | 4/27/2007 12:38 | DLNumber |
| Minneapolis PD-user 40 | /dvsinfo/dvsnewdl/CardData.asp | Mon | 4/30/2007 23:55 | DLNumber |
| Minneapolis PD-user 39 | /dvsinfo/dvsnewdl/CardData.asp | Tue | 5/8/2007 21:58 | DLNumber |
| Minneapolis PD-user 111 | /dvsinfo/dvsnewdl/CardData.asp | Thu | 5/17/2007 14:53 | DLNumber |
| Minneapolis PD-user 58 | /dvsinfo/dvsnewdl/CardData.asp | Fri | 5/18/2007 8:07 | DLNumber |
| Minneapolis PD-user 88 | /dvsinfo/dvsnewdl/Demographics.asp | Mon | 6/4/2007 17:04 | DLNumber |
| Minneapolis PD-user 88 | /dvsinfo/dvsnewdl/Demographics.asp | Mon | 6/4/2007 17:05 | DLNumber |
| Minneapolis PD-user 68 | /dvsinfo/dvsnewdl/Demographics.asp | Fri | 7/20/2007 6:32 | DLNumber |
| Minneapolis PD-user 16 | /dvsinfo/dvsnewdl/CardData.asp | Fri | 7/20/2007 19:08 | DLNumber |
| Minneapolis PD-user 64 | /dvsinfo/dvsnewdl/Demographics.asp | Mon | 7/23/2007 13:55 | DLNumber |

| Minneapolis PD-user 90 | /dvsinfo/dvsnewdl/CardData.asp | Sat | 8/11/2007 1:30 | DLNumber |
|---|---|---|---|---|
| Minneapolis PD-user 90 | /dvsinfo/dvsnewdl/CardData.asp | Sat | 8/11/2007 1:32 | DLNumber |
| Minneapolis PD-user 89 | /dvsinfo/dvsnewdl/CardData.asp | Wed | 9/12/2007 13:14 | DLNumber |
| Minneapolis PD-user 61 | /dvsinfo/dvsnewdl/CardData.asp | Sat | 9/15/2007 7:45 | DLNumber |
| Minneapolis PD-user 18 | /dvsinfo/dvsnewdl/Demographics.asp | Mon | 9/17/2007 8:53 | DLNumber |
| Minneapolis PD-user 83 | /dvsinfo/dvsnewdl/CardData.asp | Fri | 9/21/2007 22:31 | DLNumber |
| Minneapolis PD-user 88 | /dvsinfo/dvsnewdl/CardData.asp | Sat | 9/22/2007 19:38 | DLNumber |
| Minneapolis Pd-user 128 | /dvsinfo/dvsnewdl/Demographics.asp | Sat | 9/22/2007 21:36 | DLNumber |
| Minneapolis PD-user 21 | /dvsinfo/dvsnewdl/Demographics.asp | Wed | 10/3/2007 10:21 | DLNumber |
| Minneapolis PD-user 88 | /dvsinfo/dvsnewdl/Demographics.asp | Sat | 10/6/2007 21:49 | DLNumber |
| Minneapolis PD-user 88 | /dvsinfo/dvsnewdl/Demographics.asp | Sat | 10/6/2007 21:50 | DLNumber |
| Minneapolis PD-user 17 | /dvsinfo/dvsnewdl/CardData.asp | Mon | 10/8/2007 9:54 | DLNumber |
| Minneapolis PD-user 14 | /dvsinfo/dvsnewdl/CardData.asp | Sat | 10/13/2007 14:25 | DLNumber |
| Hennepin Courts-user 2 | /dvsinfo/dvsnewdl/Demographics.asp | Thu | 10/18/2007 16:02 | DLNumber |
| Hennepin Co Community Corrections-2 | /dvsinfo/dvsnewdl/CardData.asp | Tue | 11/6/2007 21:29 | DLNumber |
| Minneapolis PD-user 62 | /dvsinfo/dvsnewdl/Demographics.asp | Wed | 11/7/2007 6:55 | DLNumber |
| Minneapolis PD-user 68 | /dvsinfo/dvsnewdl/Demographics.asp | Sat | 11/17/2007 23:54 | DLNumber |
| Minneapolis PD-user 68 | /dvsinfo/dvsnewdl/CardData.asp | Sat | 12/8/2007 4:23 | DLNumber |
| Minneapolis PD-user 88 | /dvsinfo/dvsnewdl/Demographics.asp | Fri | 12/28/2007 22:50 | DLNumber |
| Hennepin Co Community Corrections-2 | /dvsinfo/dvsnewdl/CardData.asp | Mon | 1/7/2008 16:14 | DLNumber |
| Minneapolis PD-user 135 | /dvsinfo/dvsnewdl/Demographics.asp | Thu | 1/17/2008 12:49 | DLNumber |
| Minneapolis PD-user 135 | /dvsinfo/dvsnewdl/Demographics.asp | Thu | 1/17/2008 13:16 | DLNumber |
| St Paul PD-user 2 | /dvsinfo/dvsnewdl/CardData.asp | Wed | 1/23/2008 17:36 | DLNumber |
| Minneapolis PD-user 108 | /dvsinfo/dvsnewdl/CardData.asp | Fri | 2/15/2008 0:52 | DLNumber |
| Minneapolis PD-user 108 | /dvsinfo/VH20/VH20Select.asp | Fri | 2/15/2008 0:55 | DLNumber |
| Minneapolis PD-user 108 | /dvsinfo/VH20/VH20Select.asp | Fri | 2/15/2008 0:56 | DLNumber |
| Minneapolis PD-user 63 | /dvsinfo/dvsnewdl/CardData.asp | Wed | 3/5/2008 4:55 | DLNumber |
| Minneapolis PD-user 94 | /dvsinfo/dvsnewdl/CardData.asp | Thu | 3/6/2008 23:05 | DLNumber |
| Hennepin Co Community Corrections-2 | /dvsinfo/dvsnewdl/CardData.asp | Sat | 3/22/2008 22:05 | DLNumber |
| Minneapolis PD-user 115 | /dvsinfo/dvsnewdl/Demographics.asp | Mon | 4/14/2008 2:12 | DLNumber |

| | | | | |
|---|---|---|---|---|
| Minneapolis PD-user 84 | /dvsinfo/dvsnewdl/Demographics.asp | Wed | 4/16/2008 12:35 | DLNumber |
| Minneapolis PD-user 84 | /dvsinfo/dvsnewdl/Demographics.asp | Wed | 4/16/2008 12:36 | DLNumber |
| Minneapolis PD-user 31 | /dvsinfo/dvsnewdl/CardData.asp | Fri | 4/25/2008 23:23 | DLNumber |
| Minneapolis PD-user 69 | /dvsinfo/dvsnewdl/CardData.asp | Wed | 4/30/2008 0:21 | DLNumber |
| Minneapolis PD-user 8 | /dvsinfo/dvsnewdl/CardData.asp | Thu | 5/1/2008 12:52 | DLNumber |
| Minneapolis PD-user 16 | /dvsinfo/dvsnewdl/Demographics.asp | Thu | 5/15/2008 20:00 | DLNumber |
| Minneapolis PD-user 16 | /dvsinfo/dvsnewdl/Demographics.asp | Thu | 5/15/2008 20:01 | DLNumber |
| Minneapolis PD-user 124 | /dvsinfo/dvsnewdl/CardData.asp | Tue | 6/17/2008 11:13 | DLNumber |
| Minneapolis PD-user 68 | /dvsinfo/dvsnewdl/CardData.asp | Fri | 6/27/2008 3:41 | DLNumber |
| Minneapolis PD-user 18 | /dvsinfo/dvsnewdl/Demographics.asp | Tue | 7/8/2008 13:36 | DLNumber |
| Minneapolis PD-user 88 | /dvsinfo/dvsnewdl/CardData.asp | Thu | 7/24/2008 19:01 | DLNumber |
| Minneapolis PD-user 88 | /dvsinfo/dvsnewdl/Demographics.asp | Thu | 7/24/2008 19:01 | DLNumber |
| Minneapolis PD-user 88 | /dvsinfo/dvsnewdl/Demographics.asp | Thu | 7/24/2008 19:02 | DLNumber |
| Hennepin Co Community Corrections-2 | /dvsinfo/dvsnewdl/CardData.asp | Mon | 8/4/2008 17:27 | DLNumber |
| Hennepin Co Community Corrections-2 | /dvsinfo/dvsnewdl/CardData.asp | Mon | 8/4/2008 17:27 | DLNumber |
| Hennepin Co Community Corrections-2 | /dvsinfo/dvsnewdl/CardData.asp | Mon | 8/4/2008 17:28 | DLNumber |
| Minneapolis PD-user 134 | /dvsinfo/dvsnewdl/CardData.asp | Wed | 8/20/2008 16:03 | DLNumber |
| Minneapolis PD-user 84 | /dvsinfo/dvsnewdl/Demographics.asp | Thu | 8/21/2008 14:18 | DLNumber |
| Hoyt Lakes PD | /dvsinfo/dvsnewdl/Demographics.asp | Fri | 8/22/2008 16:41 | DLNumber |
| Minneapolis PD-user 68 | /dvsinfo/dvsnewdl/CardData.asp | Sun | 8/24/2008 19:46 | DLNumber |
| Minneapolis PD-user 68 | /dvsinfo/dvsnewdl/CardData.asp | Sun | 8/24/2008 19:46 | DLNumber |
| Minneapolis PD-user 68 | /dvsinfo/dvsnewdl/CardData.asp | Sun | 9/14/2008 20:55 | DLNumber |
| Minneapolis PD-user 68 | /dvsinfo/dvsnewdl/CardData.asp | Sun | 9/14/2008 20:55 | DLNumber |
| Minneapolis PD-user 63 | /dvsinfo/dvsnewdl/CardData.asp | Sun | 9/28/2008 3:25 | DLNumber |
| Minneapolis PD-user 107 | /dvsinfo/dvsnewdl/CardData.asp | Thu | 10/16/2008 16:19 | DLNumber |
| Minneapolis PD-user 92 | /dvsinfo/dvsnewdl/CardData.asp | Wed | 10/22/2008 6:01 | DLNumber |
| Minneapolis PD-user 17 | /dvsinfo/dvsnewdl/CardData.asp | Fri | 11/14/2008 13:57 | DLNumber |
| Minneapolis PD-user 17 | /dvsinfo/VH20/VH20Select.asp | Fri | 11/14/2008 13:57 | DLNumber |
| Minneapolis PD-user 17 | /dvsinfo/VH20/VH20Select.asp | Fri | 11/14/2008 13:58 | DLNumber |
| Minneapolis PD-user 72 | /dvsinfo/dvsnewdl/Demographics.asp | Fri | 12/19/2008 0:10 | DLNumber |

| | | | | |
|---|---|---|---|---|
| Minneapolis PD-user 72 | /dvsinfo/dvsnewdl/Demographics.asp | Fri | 12/19/2008 0:11 | DLNumber |
| Dakota Co Sheriff-user 1 | /dvsinfo/dvsnewdl/CardData.asp | Wed | 1/21/2009 17:40 | DLNumber |
| Dakota Co Sheriff-user 1 | /dvsinfo/dvsnewdl/CardData.asp | Wed | 1/21/2009 17:40 | DLNumber |
| Minneapolis PD-user 23 | /dvsinfo/dvsnewdl/CardData.asp | Wed | 1/28/2009 3:13 | DLNumber |
| Minneapolis PD-user 58 | /dvsinfo/dvsnewdl/CardData.asp | Thu | 1/29/2009 17:35 | DLNumber |
| Hennepin Co Community Corrections-2 | /dvsinfo/dvsnewdl/CardData.asp | Tue | 2/3/2009 6:53 | DLNumber |
| Minneapolis PD-user 133 | /dvsinfo/dvsnewdl/Demographics.asp | Sun | 2/8/2009 7:28 | DLNumber |
| Minneapolis PD-user 133 | /dvsinfo/dvsnewdl/Demographics.asp | Sun | 2/8/2009 10:11 | DLNumber |
| MNDOT-user 2 | /dvsinfo/dvsnewdl/Demographics.asp | Fri | 2/20/2009 14:20 | DLNumber |
| Minneapolis PD-user 17 | /dvsinfo/dvsnewdl/CardData.asp | Mon | 3/9/2009 9:43 | DLNumber |
| Minneapolis PD-user 17 | /dvsinfo/VH20/VH20Select.asp | Mon | 3/9/2009 9:44 | DLNumber |
| Minneapolis PD-user 68 | /dvsinfo/dvsnewdl/CardData.asp | Sun | 7/5/2009 22:15 | DLNumber |
| Minneapolis PD-user 114 | /dvsinfo/dvsnewdl/CardData.asp | Wed | 7/22/2009 10:22 | DLNumber |
| Minneapolis PD-user 114 | /dvsinfo/dvsnewdl/CardData.asp | Wed | 7/22/2009 10:23 | DLNumber |
| Minneapolis PD-user 114 | /dvsinfo/dvsnewdl/CardData.asp | Wed | 7/22/2009 10:23 | DLNumber |
| Minneapolis PD-user 114 | /dvsinfo/dvsnewdl/CardData.asp | Wed | 7/22/2009 10:24 | DLNumber |
| Minneapolis PD-user 114 | /dvsinfo/dvsnewdl/CardData.asp | Wed | 7/22/2009 10:25 | DLNumber |
| Minneapolis PD-user 127 | /dvsinfo/dvsnewdl/CardData.asp | Thu | 7/23/2009 20:44 | DLNumber |
| Minneapolis PD-user 127 | /dvsinfo/dvsnewdl/CardData.asp | Thu | 7/23/2009 20:44 | DLNumber |
| Minneapolis PD-user 88 | /dvsinfo/dvsnewdl/CardData.asp | Tue | 8/4/2009 12:52 | DLNumber |
| Minneapolis PD-user 135 | /dvsinfo/dvsnewdl/Demographics.asp | Tue | 8/4/2009 13:53 | DLNumber |
| Minneapolis PD-user 135 | /dvsinfo/dvsnewdl/Demographics.asp | Tue | 8/4/2009 14:59 | DLNumber |
| Minneapolis PD-user 135 | /dvsinfo/dvsnewdl/Demographics.asp | Tue | 8/4/2009 15:00 | DLNumber |
| Minneapolis PD-user 79 | /dvsinfo/dvsnewdl/CardData.asp | Mon | 9/7/2009 7:48 | DLNumber |
| Minneapolis PD-user 17 | /dvsinfo/dvsnewdl/CardData.asp | Thu | 9/24/2009 23:30 | DLNumber |
| Minneapolis PD-user 58 | /dvsinfo/dvsnewdl/CardData.asp | Mon | 10/5/2009 9:28 | DLNumber |
| Minneapolis PD-user 18 | /dvsinfo/dvsnewdl/CardData.asp | Tue | 10/6/2009 13:11 | DLNumber |
| Minneapolis PD-user 18 | /dvsinfo/dvsnewdl/CardData.asp | Tue | 10/6/2009 13:11 | DLNumber |
| Minneapolis PD-user 31 | /dvsinfo/dvsnewdl/CardData.asp | Sat | 10/10/2009 21:42 | DLNumber |
| Minneapolis PD-user 128 | /dvsinfo/dvsnewdl/Demographics.asp | Mon | 10/19/2009 13:57 | DLNumber |

| | | | | |
|---|---|---|---|---|
| Minneapolis PD-user 128 | /dvsinfo/dvsnewdl/Demographics.asp | Mon | 10/19/2009 15:12 | DLNumber |
| Minneapolis PD-user 128 | /dvsinfo/dvsnewdl/Demographics.asp | Mon | 10/19/2009 15:13 | DLNumber |
| Gilbert PD | /dvsinfo/dvsnewdl/Demographics.asp | Sat | 11/7/2009 5:56 | DLNumber |
| Minneapolis PD-user 137 | /dvsinfo/dvsnewdl/CardData.asp | Wed | 12/9/2009 19:35 | DLNumber |
| Dilworth PD | /dvsinfo/dvsnewdl/Demographics.asp | Thu | 12/10/2009 4:42 | DLNumber |
| Minneapolis PD-user 66 | /dvsinfo/dvsnewdl/CardData.asp | Sat | 12/12/2009 16:42 | DLNumber |
| St Louis Co Sheriff-user 1 | /dvsinfo/dvsnewdl/Demographics.asp | Mon | 1/11/2010 6:51 | DLNumber |
| Minneapolis PD-user 133 | /dvsinfo/dvsnewdl/Demographics.asp | Mon | 2/15/2010 8:39 | DLNumber |
| Minneapolis PD-user 68 | /dvsinfo/dvsnewdl/CardData.asp | Sun | 2/21/2010 21:37 | DLNumber |
| Minneapolis PD-user 68 | /dvsinfo/dvsnewdl/Demographics.asp | Sun | 2/21/2010 21:37 | DLNumber |
| Minneapolis PD-user 106 | /dvsinfo/dvsnewdl/CardData.asp | Fri | 3/12/2010 9:43 | DLNumber |
| Minneapolis PD-user 106 | /dvsinfo/dvsnewdl/CardData.asp | Fri | 3/12/2010 9:44 | DLNumber |
| Minneapolis PD-user 106 | /dvsinfo/dvsnewdl/CardData.asp | Fri | 3/12/2010 9:44 | DLNumber |
| Minneapolis PD-user 93 | /dvsinfo/dvsnewdl/CardData.asp | Wed | 4/21/2010 1:39 | DLNumber |
| Minneapolis PD-user 68 | /dvsinfo/dvsnewdl/CardData.asp | Sun | 6/27/2010 21:55 | DLNumber |
| Minneapolis PD-user 68 | /dvsinfo/dvsnewdl/CardData.asp | Sun | 6/27/2010 21:55 | DLNumber |
| Minneapolis PD-user 70 | /dvsinfo/dvsnewdl/Demographics.asp | Fri | 7/23/2010 22:22 | DLNumber |
| Minneapolis PD-user 79 | /dvsinfo/dvsnewdl/CardData.asp | Mon | 8/16/2010 13:14 | DLNumber |
| Minneapolis PD-user 88 | /dvsinfo/dvsnewdl/Demographics.asp | Thu | 8/19/2010 13:36 | DLNumber |
| Minneapolis PD-user 88 | /dvsinfo/dvsnewdl/CardData.asp | Thu | 8/19/2010 13:37 | DLNumber |
| Minneapolis PD-user 135 | /dvsinfo/dvsnewdl/Demographics.asp | Fri | 10/8/2010 16:29 | DLNumber |
| Minneapolis PD-user 135 | /dvsinfo/dvsnewdl/Demographics.asp | Fri | 10/8/2010 16:30 | DLNumber |
| Minneapolis PD-user 135 | /dvsinfo/dvsnewdl/Demographics.asp | Fri | 10/8/2010 16:32 | DLNumber |
| Minneapolis PD-user 135 | /dvsinfo/dvsnewdl/Demographics.asp | Tue | 2/8/2011 14:35 | DLNumber |
| Minneapolis PD-user 135 | /dvsinfo/dvsnewdl/Demographics.asp | Tue | 2/8/2011 14:36 | DLNumber |
| Minneapolis PD-user 68 | /dvsinfo/dvsnewdl/CardData.asp | Fri | 5/20/2011 6:28 | DLNumber |
| Minneapolis PD-user 68 | /dvsinfo/dvsnewdl/CardData.asp | Fri | 5/20/2011 12:12 | DLNumber |
| Minneapolis PD-user 68 | /dvsinfo/dvsnewdl/CardData.asp | Fri | 5/20/2011 14:40 | DLNumber |
| Minneapolis PD-user 135 | /dvsinfo/dvsnewdl/Demographics.asp | Tue | 5/31/2011 10:55 | DLNumber |
| Minneapolis PD-user 68 | /dvsinfo/dvsnewdl/CardData.asp | Sat | 6/18/2011 15:52 | DLNumber |

| Minneapolis PD-user 109 | /dvsinfo/dvsnewdl/Demographics.asp | Tue | 8/23/2011 11:56 | DLNumber |